# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK BANKS**, | : CIVIL ACTION NO. 1:14-CV-0260 |
| Petitioner | : (Chief Judge Conner) |
| v. | : |
| **THREE UNKNOWN NAMED APPEALS JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**, *et al.*, | : |
| Respondents | : |

## ORDER

AND NOW, this 22nd day of April, 2014, upon consideration of the petition for writ of mandamus, and for the reasons set forth in this Court's Memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motions (Doc. 2, 6) to proceed *in forma pauperis* are GRANTED.

2. The petition for writ of mandamus is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

      /S/ C<small>HRISTOPHER</small> C. C<small>ONNER</small>
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania